**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| April Ann Swick,<br><br>Plaintiff,<br><br>vs.<br><br>International Cruise & Excursion Gallery, Inc., an Arizona Corporation d/b/a International Cruise & Excursion; John and Marcia Rowley, husband and wife,<br><br>Defendants.<br><br>International Cruise & Excursion Gallery, Inc., an Arizona Corporation d/b/a International Cruise & Excursion,<br><br>Counterplaintiffs,<br><br>vs.<br><br>April Ann Swick and Adam Lee Swick, husband and wife,<br><br>Counterdefendants. | Case No.: 2:16-CV02757-~~MHB~~SPL<br><br>**COUNTERDEFENDANTS' ~~APRIL ANN SWICK'S~~ AMENDED ANSWER TO COUNTERPLAINTIFFS' COUNTERCLAIMS** |

Counterdefendants Adam Lee Swick and April Ann Swick, husband and wife (collectively "Counterdefendants"), for ~~her~~ their reply to Counterplaintiffs' Counterclaim, responds, objects, and avers as follows:

**COUNTERCLAIMS**

1. Counterdefendants admit~~s~~ the allegations contained in Paragraph 1 of Counterplaintiffs' Counterclaims.

2. Counterdefendants admit~~s~~ the allegations contained in Paragraph 2 of Counterplaintiffs' Counterclaims.

3. Counterdefendants ~~lacks information necessary to respond to Counterplaintiff's~~deny the allegation contained in Paragraph 3 of Counterplaintiff's Counterclaims.

4. Counterdefendants admit~~s~~ the allegations contained in Paragraph 4 of Counterplaintiffs' Counterclaims.

5. Counterdefendants admit~~s~~ the allegations contained in Paragraph 5 of Counterplaintiffs' Counterclaims.

**FACTUAL BACKGROUND**

6. Counterdefendants admit~~s~~ the allegations contained in Paragraph 6 of Counterplaintiffs' Counterclaims.

7. Counterdefendants admit~~s~~ the allegations contained in Paragraph 7 of Counterplaintiffs' Counterclaims.

8. Counterdefendants admit~~s~~ the allegations contained Paragraph 8 of Counterplaintiff's Counterclaims.

9. Counterdefendants lack~~s~~ information necessary to respond to Counterplaintiff's allegation contained in Paragraph 9 of Counterplaintiff's Counterclaims.

10. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 10 of Counterplaintiff's Counterclaims.

11. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 11 of Counterplaintiff's Counterclaims.

12. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 12 of Counterplaintiff's Counterclaims.

13. Counterdefendants lack~~s~~ information necessary to respond to Counterplaintiff's allegation contained in Paragraph 13 of Counterplaintiff's Counterclaims.

**COUNT ONE**

14. Counterdefendants re-allege~~s~~ the denials of the allegations contained in the preceding paragraphs as if set forth below.

15. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 15 of Counterplaintiffs' Counterclaims.

16. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 16 of Counterplaintiffs' Counterclaims.

17. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 17 of Counterplaintiffs' Counterclaims.

18. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 18 of Counterplaintiffs' Counterclaims.

**COUNT TWO**

19. Counterdefendants re-allege~~s~~ the denials of the allegations contained in the preceding paragraphs as if set forth below.

20. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 20 of Counterplaintiffs' Counterclaims.

21. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 21 of Counterplaintiffs' Counterclaims.

22. Counterdefendanst deny~~ies~~ the allegations contained in Paragraph 22 of Counterplaintiffs' Counterclaims.

23. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 23 of Counterplaintiffs' Counterclaims.

**COUNT THREE**

24. Counterdefendants re-allege~~s~~ the denials of the allegations contained in the preceding paragraphs as if set forth below.

25. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 25 of Counterplaintiffs' Counterclaims.

26. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 26 of Counterplaintiffs' Counterclaims.

27. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 27 of Counterplaintiffs' Counterclaims.

28. Counterdefendants deny~~ies~~ the allegations contained in Paragraph 28 of Counterplaintiffs' Counterclaims.

**GENERAL DENIAL**

The answering Counterdefendants deny~~ies~~ each and every allegation of the counterclaim not fully and expressly admitted in this Answer.

**AFFIRMATIVE DEFENSES**

1. Counterplaintiffs have failed to state a claim for which relief may be granted.

2. Counterplaintiffs may not recover to the extent that their claims are barred pursuant to the doctrines of unclean hands, estoppel, waiver, and laches.

**3.** Counterplaintiffs may not recover for conversion as Counterdefendants had consent from the Counterplaintiffs**.**

4. Counterplaintiffs may not recover for conversion as the statute of limitations (pursuant to A.R.S. § 12-542(5)) has passed.

5. Counterplaintiffs may not recover for breach of fiduciary duty as the statute of limitations has passed. *See CDT, Inc. v. Addison, Roberts & Ludwig, C.P.A., P.C.*, 198 Ariz. 173, 175, 7 P.3d 979, 981 (Ct. App. 2000) ("Section 12-542 requires certain actions to be 'commenced and prosecuted within two years after the cause of action accrues, and not afterward.' The statute applies to actions for … breach of fiduciary duty[.]"); *see also* A.R.S. § 12-542.

6. Counterdefendants areis entitled to a setoff of damages owed to them, as awarded for the claims asserted in their Complaint, against any award obtained by the Counterplaintiffs, entitlement to which Counterdefendants denies.

7. Counterdefendants may be entitled to additional defenses of which she isthey are not yet aware and for which they may determine the factual bases during the discovery process.

8. Counterdefendants does not intend to waive any of these defenses and reserves the right to amend these pleadings to assert such defenses as they areshe is made aware of them.

9. Counterplaintiffs seek relief for alleged acts that happened, if at all, outside of the applicable statute of limitations.

10. The relief sought by Counterplaintiffs is an impermissible counterclaim in an FLSA action.

11. The Court lacks subject matter jurisdiction to hear Counterplaintiffs' claims.

WHEREFORE, Counterdefendants having answered Counterplaintiffs' Counterclaims in whole, respectfully prays for relief as follows:

A. That the Court dismiss Counterplaintiffs' Counterclaims with prejudice;

B. That the Court award Counterdefendants theirher costs and attorneys' fees incurred herein;

C. That the Court enter judgment in Counterdefendant April Ann Swick's/Plaintiff'sss' favor on her Complaint; and

D. That the Court grants Counterdefendants any further relief deemed just and equitable under the circumstances.

Dated: November 4, 201January 20, 20176

Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By /s/Sean C. Davis
Trey Dayes
Sean C. Davis

Attorneys for Plaintiff April Ann Swick/Counterdefendant April Ann Swicks Adam Lee Swick and April Ann Swick

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 201620th day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Formatted: Superscript

Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

*Attorneys for Defendants*

By: /s/Sean C. Davis
Sean C. Davis