**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| April Ann Swick,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>International Cruise & Excursion Gallery, Inc., an Arizona corporation d/b/a International Cruise & Excursion; John and Marcia Rowley, husband and wife,<br><br>　　　　　　　Defendants.<br><br>International Cruise & Excursion Gallery, Inc., an Arizona corporation d/b/a International Cruise & Excursion<br><br>　　　　　　　Counterclaimant<br><br>　vs.<br><br>April Ann Swick and Adam Lee Swick, wife and husband<br><br>　　　　　　　Counterdefendants,<br>　　　　　　　　Defendants. | Case No.: CV-16-02757-PHX-SPL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that the parties have reached a settlement. Plaintiff anticipates filing the appropriate documentation with the Court within 30 days.

Dated: May 23, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**PHILLIPS DAYES LAW FIRM PC**

　　　　　　　　　　　　　　　　　　　By  /s/Sean C. Davis
　　　　　　　　　　　　　　　　　　　　　Trey Dayes
　　　　　　　　　　　　　　　　　　　　　Sean C. Davis

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2017, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Douglas (Trey) Lynn
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Defendant


By: /s/Sean Davis