Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| April Ann Swick,<br><br>              Plaintiff,<br><br>vs.<br><br>International Cruise & Excursion Gallery, Inc., an Arizona corporation d/b/a International Cruise & Excursion; John and Marcia Rowley, husband and wife,<br><br>              Defendants. | No. CV-16-2757-PHX-SPL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
| International Cruise & Excursion Gallery, Inc., an Arizona corporation d/b/a International Cruise & Excursion,<br><br>              Counterclaimant,<br><br>vs.<br><br>April Ann Swick and Adam Lee Swick, wife and husband,<br><br>              Counterdefendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff/Counterdefendant April Ann Swick, Counterdefendant Adam Lee Swick,

Defendant/Counterclaimant International Cruise & Excursion Gallery, Inc., and Defendants John and Marcia Rowley hereby stipulate and jointly move the Court to enter an order dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

A Proposed Order is submitted herewith.

DATED this 1st day of June, 2017.

                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                By     s/Douglas (Trey) Lynn
                    Tracy A. Miller
                    Douglas (Trey) Lynn
                    2415 East Camelback Road, Suite 800
                    Phoenix, Arizona 85016

                    Attorneys for Defendants/Counterclaimant

              Phillips Dayes Law Firm P.C.

              By     s/Trey Dayes (with permission)
                    Trey Dayes
                    3101 North Central Avenue, Suite 1500
                    Phoenix, Arizona 85012

                    Attorneys for Plaintiff/Counterdefendants

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

PHILLIPS DAYES LAW FIRM P.C.
Trey Dayes
3101 North Central Avenue, Suite 1500
Phoenix, AZ 85012
docket@phillipsdayeslaw.com

Attorneys for Plaintiff

    s/Jessica Oliverson

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

3